UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                 :
STACEY MERCER,                 :
                 :
           Plaintiff,      :
                 :     21-CV-0411 (JMF)
     -v-               :
                 :     <u>ORDER</u>
MT. ROSE HOTEL INC,      :
                 :
          Defendant.     :
                 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's January 19, 2021 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on February 15, 2021. ECF No. 7. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **April 14, 2021.**

      SO ORDERED.

Dated: April 7, 2021
      New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge