UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
STACEY MERCER,        :
        :
        Plaintiff,        :
        :   21-CV-0411 (JMF)
    -v-        :
        :   <u>ORDER</u>
MT. ROSE HOTEL INC,        :
        :
        Defendant.        :
        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Orders of January 19, 2021, and April 7, 2021, ECF Nos. 5, 12, the parties filed a joint status letter on April 12, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 13.  The parties further request that all discovery deadlines be tolled for the next thirty days, while the parties attempt to negotiate a settlement agreement.  That request is GRANTED.

      The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial.  In any event, **no later than thirty days from the date of this Order,** the parties shall file another joint letter providing the information described in the Court's January 19, 2021 Order.

      SO ORDERED.

Dated: April 13, 2021
      New York, New York
                              JESSE M. FURMAN
                              United States District Judge